IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIE HEMPHILL,

    Petitioner,

v.                                        No. 12-cv-71-DRH-DGW

J. E. THOMAS

    Respondent.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Report and Recommendation (R&R) (Doc. 17), issued on April 26, 2013, by United States Magistrate Judge Donald G. Wilkerson, recommending denial of petitioner Willie Hemphill's § 2241 petition for a writ of habeas corpus (Doc. 1). Petitioner challenges his conviction of possessing a weapon, a 5.5 inch shank that was found in a locker in petitioner's cell, which resulted in the revocation of good time credits among other things (Doc. 1).

On April 26, 2013, the R&R was sent to the parties with a notice informing them of their right to file objections within fourteen days of service. Neither party filed timely objections to the R&R. Thus, pursuant to 28 U.S.C. § 636(b), this Court need not conduct a *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). In reviewing the unobjected to R&R for clear error, the Court is satisfied that Magistrate Judge Frazier's recommendation is correct. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). Accordingly, the Court **ADOPTS**

the R&R (Doc. 17) in its entirety.  Petitioner's § 2241 petition is **DENIED**.  The Court **DISMISSES** petitioner's claim **with prejudice.**

    **IT IS SO ORDERED.**

Singed this 9th day of October, 2013.

Digitally signed by David R. Herndon
Date: 2013.10.09 14:52:05 -05'00'

**Chief Judge**
**United States District Court**