IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIE HEMPHILL,

    Petitioner,

-vs-

J. E. THOMAS,

    Respondent.                      No. 12-cv-71-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 9, 2013, the Report and Recommendation of Magistrate Judge Donald G. Wilkerson is adopted in its entirety. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DENIED** and **DISMISSED** with prejudice.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT

                                BY:  s/*Sara Jennings*
                                    Deputy Clerk

**DATED:** October 9, 2013

Digitally signed by
David R. Herndon
Date: 2013.10.09
15:21:01 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT